# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM OSTLING, et al.,,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BANBRIDGE, et al.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 11-cv-05219 RBL |

XX  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

THE JURY FINDS AS FOLLOWS:

Jury DID NOT find that Officer Benkert violated Douglas Ostling's constitutional rights by unlawfully searching his apartment.

Jury DID NOT find that Officer Benkert violated Douglas Ostling's constitutional rights by using excessive force to seize his person.

Jury DID NOT find that Officer Benkert violated Douglas Ostling's constitutional rights by failing to render aid.

Jury DID find that Chief Fehlman and the City of Bainbridge Island violated Douglas Ostling's constitutional rights by failing to train their officers.

Jury FINDS DAMAGES for the Estate of Douglas Ostling in the amount of $200,000.

Jury DID FIND that the Defendants violated William and Joyce Ostling's constitutional rights by depriving them of the companionship of their son, Douglas Ostling.

////////

////////

////////

////////

Jury FINDS DAMAGES for William Ostling in the amount of $400,000.

Jury FINDS DAMAGES for Joyce Ostling in the amount of $400,000.

Dated .  6/1/2012

                                            William M. McCool
                                            Clerk

                                            s/Jean Boring
                                            Deputy Clerk