1

2

3

4

5

6                                                    The Honorable Ronald B. Leighton

7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                      AT TACOMA

8

9   WILLIAM OSTLING, individually and as
    Personal Representative of the Estate of          NO.  3:11-cv-05219-RBL
    DOUGLAS OSTLING, deceased; JOYCE
10  OSTLING; and TAMARA OSTLING;                      **SECOND ROBERTS DECLARATION
                                                      IN SUPPORT OF PETITION FOR FEES**
11                             Plaintiffs,

12           v.

13  CITY OF BAINBRIDGE ISLAND, a political
    subdivision of the State of Washington; JON
    FEHLMAN; and JEFF BENKERT;

14

15                             Defendants.

16  Nathan P. Roberts declares and states as follows:

17          1.      I am an attorney of record for the Ostling Family, Plaintiffs in this matter.  I

18  make this second declaration in support of Plaintiffs' Motion for Attorneys' Fees & Costs,

19  pursuant to 42 U.S.C. § 1988.  I am over the age of eighteen and am competent to testify to

20  the matters set forth herein.

21          2.      Review of the defense billing statements in this matter shows that the defense

22  team billed 2173.5 hours and incurred total attorneys' fees of $518,687.60.  (Very close to

23  the post-multiplier amount requested by the Ostlings of $576,967.50).   This included 1,230.5

SECOND ROBERTS DECLARATION - 1 of 4
(No. 3:11-cv-05219-RBL)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

hours billed by attorney Estes, 520.2 hours billed by attorney Augenthaler, 403.7 hours billed by attorney Jolley, and miscellaneous other hours billed by attorneys Bucklin, Cooley, Butler, and Culumber.  The hours billed by attorney Stewart A. Estes from May 23 onward appear to be missing, so these numbers are probably understated.  True and correct copies of the defense billing statements are attached hereto as Exhibit 1, along with a summary of the information contained therein.

3.      A true and correct copy of this firm's updated cost ledger is attached hereto as Exhibit 2.   This ledger includes more detail and incorporates amounts expended since the original petition was filed.   The costs associated with expert witnesses fall into two categories: (1) moneys paid to experts retained by the Ostling family, and (2) moneys paid to defense experts for the privilege of taking their depositions.   The ledger shows that $3,100 was charged by the defense for the depositions of their experts.   Defense surgical expert Dr. Izenberg charged $1,500 for his deposition, the defense's expert medical examiner, Dr. Nelson, charged $600 for his deposition, and one of the defense training experts, Mr. Amdur, charged $1,000 for giving his deposition.   (The latter two experts were not called at trial.)

4.      The defense criticisms of counsel's time entries range are unfounded and stem from lack of understanding.  For example:

- "Double Billing" – the defense criticizes counsel for reviewing discovery on two dates (Oct. 26 & Nov. 3).   Augenthaler Decl., p. 2 ln. 16.   The truth is that discovery materials *were* reviewed on both dates—once when they were first produced, and again when they were supplemented in anticipation of depositions.

- Amended Complaint – the defense claims that drafting the original complaint was "redundant" in light of the later amendment.  Augenthaler Decl., p. 2 ln. 14.

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

However, the filing of the amended complaint involved correction of a minor error.  The time expended amending the complaint was de minimus (.4 hours) and was not redundant of the original draft.

- Time Differentials – the defense complains about differentials in time between attorneys Kays and Roberts and paralegal Wells.  Augenthaler Decl., p. 4 ln. 14 *et seq*.  The truth is that Mr. Roberts resides in Tacoma while Ms. Kays has not succumbed to Tacoma's charm (yet) and continues to reside in Seattle.  Thus, on days where Ms. Kays remained in Seattle for Seattle-based depositions (or mediation), she did not bill for much travel time; Mr. Roberts, on the other hand, may have gotten stuck in horrendous traffic on the I-5 corridor.  Similarly, Ms. Wells resides on the Kitsap Peninsula and may have incurred *less* travel time to and from, for example, the site inspection.

- Teamwork – the defense argues that fees should be reduced because attorneys Kays and Roberts both worked on motions in limine, or on declarations in response to summary judgment.  E.g. Augenthaler Decl., p. 3 ln. 20.  The truth is that attorneys Roberts and Kays shared these responsibilities and both worked on the motions and declarations together, with much division of labor and some input from attorney Connelly.  Teamwork is a good thing.

- Weather Cancellation – the defense states that certain events "did not occur on date billed."  Augenthaler Decl., p. 2 ln. 23.  Those depositions *did* occur, and Ms. Kays *did* attend, but they were cancelled and rescheduled due to the inclement weather.  This fact was not reflected on the firm's calendar, which Ms. Kays used to recreate her records.  This was a clerical error in preparing the fee petition that

SECOND ROBERTS DECLARATION - 3 of 4
(No. 3:11-cv-05219-RBL)

**CONNELLY LAW OFFICES**

2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1    does not warrant a demerit, or a reduction in fees.

2    5.    Since the petition for fees was originally filed on June 15, 2012, I have spent a

3    considerable amount of time responding to defendants' post-trial motions.  A true and correct

4    copy of my time record since the June 15 filing is attached hereto as Exhibit 3.  I expended

5    47.1 additional hours since the original petition was filed.  At my rate of $325, the base

6    amount for this additional time is $15,307.50; after application of the 1.5 lodestar multiplier,

7    the total for the additional time is $22,961.25.  The updated request is as follows:

| Individual | Role | Rate | Hours | Base | Lodestar |
|---|---|---|---|---|---|
| Nathan P. Roberts | First Chair Associate | $325 | **668.1** | **$217,132.50** | **$325,698.75** |
| Julie A. Kays | Second Chair Associate | $350 | 293.5 | $102,725.00 | $154,087.50 |
| John R. Connelly | Consultant Partner | $550 | 79.8 | $43,890.00 | $65,835.00 |
| Pamela S. Wells | Litigation Paralegal | $125 | 275.6 | $34,450.00 | $51,675.00 |
| Total Fees | | | | **$398,197.50** | **$597,296.25** |
| Total Costs | | | | **$91,239.58** | **$91,239.58** |
| **Total** | | | | **$489,437.08** | **$688,535.83** |

16    I declare under penalty of perjury of the laws of the State of Washington that the

17    foregoing is true and correct to the best of my knowledge and belief.

18    Signed this 6th day of July, 2012, at Tacoma, Washington.

Nathan P. Roberts, WSBA No. 40457

SECOND ROBERTS DECLARATION - 4 of 4
(No. 3:11-cv-05219-RBL)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax



EXHIBIT 1

| Invoice No. | Amount | Estes | Augenthaler | Culumber | Attorney Butler | Bucklin | Jolley | Cooley | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 3,364.00 | 14.3 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 14.5 |
| 2 | $ 2,246.20 | 9.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.6 |
| 4 | $ 6,162.00 | 26.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26.0 |
| 3 | $ 1,730.10 | 7.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.3 |
| 5 | $ 9,124.50 | 38.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.5 |
| 6 | $ 9,337.80 | 39.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 39.4 |
| 7 | $ 5,142.90 | 21.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 21.7 |
| 8 | $ 8,934.90 | 37.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 37.7 |
| 9 | $ 3,839.40 | 16.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16.2 |
| 10 | $ 4,503.00 | 19.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.0 |
| 11 | $ 3,945.30 | 6.9 | 0.0 | 0.0 | 10.0 | 0.0 | 0.0 | 0.0 | 16.9 |
| 12 | $ 1,157.10 | 4.2 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 4.9 |
| 13 | $ 8,082.60 | 33.8 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34.6 |
| 14 | $ 13,146.00 | 50.0 | 14.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 64.4 |
| 15 | $ 6,186.90 | 24.7 | 3.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.4 |
| 16 | $ 6,830.40 | 26.2 | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 30.7 |
| 17 | $ 50,651.40 | 178.2 | 29.6 | 5.2 | 0.0 | 0.0 | 0.0 | 0.0 | 213.0 |
| 18 | $ 25,879.30 | 96.5 | 9.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 106.1 |
| 19 | $ 21,308.20 | 70.9 | 16.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 87.8 |
| 20 | $ 20,298.60 | 72.2 | 11.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 83.4 |
| 21` | $ 6,777.70 | 19.2 | 8.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.1 |
| 22 | $ 12,359.70 | 33.9 | 17.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 51.3 |
| 23 | $ 18,386.20 | 31.7 | 39.9 | 0.0 | 0.0 | 0.0 | 5.4 | 0.0 | 77.0 |
| 24 | $ 80,158.70 | 121.9 | 71.9 | 0.0 | 0.0 | 0.0 | 136.9 | 0.0 | 330.7 |
| 25 | $ 139,784.00 | 230.5 | 143.0 | 0.0 | 2.0 | 0.0 | 201.1 | 1.0 | 577.6 |
| 26 | $ 49,350.70 | 0.0 | 148.4 | 0.0 | 0.0 | 0.0 | 60.3 | 0.0 | 208.7 |
| **Total** | **$ 518,687.60** | **1230.5** | **520.2** | **5.2** | **12.7** | **0.2** | **403.7** | **1.0** | **2173.5** |

|  | WCIA | Matter | 21155 |
|---|---|---|---|
| r | 27971 | Page | 9 |

06/21/2012

osition     BCA           1.30

**Total Hours Billed:**     **208.70**     Total for Services:     49,350.70

**Attorney Recap**          **Personnel Type**          **Hours**     **Rate**

Augenthaler, Brian C.          Associate Attorney          *#26*     148.40     $233.00
Jolley, Richard B.          Shareholder          60.30     $245.00

*No few?*

| **Date** | **Disbursements** | **Amount** |
|---|---|---|
| 05/22/2012 | Photocopies (10) | 2.00 |
| 05/22/2012 | Photocopies (4) | 0.80 |
| 05/22/2012 | Photocopies (4) | 0.80 |
| 05/22/2012 | Photocopies (8) | 1.60 |
| 05/22/2012 | Photocopies (9) | 1.80 |
| 05/22/2012 | Photocopies (4) | 0.80 |
| 05/24/2012 | Long Distance Telephone - Time of Day 07:23 | 0.36 |
| 05/31/2012 | Fax Local Long Distance /CenturyLink April-May | 8.64 |
| 05/31/2012 | Meals / attorney Richard B. Jolley /lunch with clients during trial 05/29 | 126.12 |
| 05/31/2012 | Parking / attorney Richard B. Jolley /during trial 05/23-05/24 | 26.00 |
| 05/31/2012 | Parking / attorney Richard B. Jolley /during trial 05/29-05/30 | 26.00 |
| 05/31/2012 | Parking / Chief Fehlman 04/16 | 25.79 |
| 05/31/2012 | Mileage /attorney Richard B. Jolley/to and from Tacoma for trial 05/23 | 37.40 |
| 05/31/2012 | Mileage /attorney Richard B. Jolley/to and from Tacoma for trial 05/24 | 37.40 |
| 05/31/2012 | Mileage /attorney Richard B. Jolley/to and from Tacoma for trial 05/29 | 37.40 |
| 05/31/2012 | Mileage /attorney Richard B. Jolley/to and from Tacoma for trial 05/30 | 37.40 |
| 06/05/2012 | Mileage/Brian C. Augenthaler/to and from meeting at the Tacoma District Courthouse 05/08 | 38.50 |
| 06/05/2012 | Mileage/Brian C. Augenthaler/to and from University Place for meeting with Dr. Lacsina 05/08 | 44.00 |
| 06/05/2012 | Mileage/Brian C. Augenthaler/ for picking up axe and maul handle from Port Orchard from the Kitsap County Sheriff 05/10/2012 | 66.00 |
| 06/05/2012 | Mileage/Brian C. Augenthaler/to and from Tacoma District Courthouse for dropping off axe and maul handle 05/11 | 38.50 |
| 06/05/2012 | Mileage/Brian C. Augenthaler/to and from Tacoma District Courthouse for trial 05/14-05/18 | 192.50 |

|  | | Client | WCIA | Matter | 21155 |
|--|--|--------|------|--------|-------|
|  | | Invoice number | 27907 | Page | 11 |

**Total Hours Billed:**   577.60        **Total for Services:**   **139,784.00**

| Attorney Recap | Personnel Type | Hours | Rate |
|----------------|----------------|-------|------|
| Augenthaler, Brian C. | Associate Attorney | 143.00 | $233.00 |
| Butler, Amanda G | Senior Associate | 2.00 | $239.00 |
| Cooley, Andrew G. | Shareholder | 1.00 | $245.00 |
| Estes, Stewart A. | Shareholder | 230.50 | $245.00 |
| Jolley, Richard B. | Shareholder | 201.10 | $245.00 |

| Date | Disbursements | Amount |
|------|---------------|--------|
| 05/01/2012 | | |
| 05/01/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/04/2012 | | |
| 05/05/2012 | | |
| 05/05/2012 | | |
| 05/05/2012 | | |
| 05/06/2012 | | |
| 05/09/2012 | | |
| 05/09/2012 | | |
| 05/09/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/10/2012 | | |
| 05/11/2012 | | |

| | Client | WCIA | Matter | 21155 |
|---|---|---|---|---|
| | Invoice number | 27824 | Page | 13 |

| | | | | |
|---|---|---|---|---|
| 05/07/2012 | | | BCA | 0.20 |
| 05/07/2012 | | | BCA | 0.30 |
| 05/07/2012 | | | BCA | 0.20 |
| 05/07/2012 | | | BCA | 0.60 |
| 05/07/2012 | | | BCA | 0.20 |
| 05/07/2012 | | | BCA | 1.90 |
| 05/07/2012 | | | BCA | 1.30 |
| 05/07/2012 | | | BCA | 1.30 |
| 05/07/2012 | | | BCA | 0.20 |
| 05/07/2012 | | | BCA | 1.50 |
| 05/07/2012 | | | BCA | 0.10 |

#24

**Total Hours Billed:** 330.70    **Total for Services:** 80,158.70

**Attorney Recap**            **Personnel Type**                    **Hours**      **Rate**

| | | | |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 71.90 | $233.00 |
| Estes, Stewart A. | Shareholder | 121.90 | $245.00 |
| Jolley, Richard B. | Shareholder | 136.90 | $245.00 |

| **Date** | **Disbursements** | **Amount** |
|---|---|---|
| 04/23/2012 | | |
| 04/23/2012 | | |
| 04/26/2012 | | |
| 04/30/2012 | | |
| 05/01/2012 | | |
| 05/01/2012 | | |
| 05/01/2012 | | |
| 05/02/2012 | | |
| 05/02/2012 | | |

| | | Client | WCIA | Matter | 21155 |
|---|---|---|---|---|---|
| | | Invoice number | 27672 | Page | 4 |
| 04/18/2012 | | | SAE | | 1.20 |
| 04/18/2012 | | | BCA | | 0.40 |
| 04/18/2012 | | | BCA | | 0.20 |
| 04/18/2012 | | | BCA | | 0.20 |
| 04/18/2012 | | | BCA | | 1.90 |
| 04/18/2012 | | | BCA | | 0.30 |
| 04/18/2012 | | | BCA | | 0.60 |
| 04/18/2012 | | | BCA | | 0.90 |
| 04/18/2012 | | | BCA | | 0.40 |
| 04/18/2012 | | | BCA | | 0.50 |
| 04/18/2012 | | | BCA | | 0.40 |
| 04/18/2012 | | | BCA | | 0.40 |
| 04/19/2012 | | | BCA | | 0.70 |
| 04/19/2012 | | | BCA | | 0.40 |
| 04/19/2012 | | | BCA | | 0.80 |
| 04/19/2012 | | | BCA | | 1.00 |
| 04/20/2012 | | | BCA | | 1.80 |
| 04/20/2012 | | | BCA | | 0.50 |
| 04/20/2012 | | | BCA | | 0.30 |
| 04/20/2012 | | | BCA | | 0.90 |
| 04/20/2012 | | | BCA | | 0.80 |
| 04/20/2012 | | | BCA | | 0.30 |

#23

| **Total Hours Billed:** | **77.00** | **Total for Services:** | **18,386.20** |
|---|---|---|---|

**Attorney Recap**

| | **Personnel Type** | **Hours** | **Rate** |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 39.90 | $233.00 |
| Estes, Stewart A. | Shareholder | 31.70 | $245.00 |
| Jolley, Richard B. | Shareholder | 5.40 | $245.00 |

|  | Client | WCIA | Matter | 21155 |
|---|---|---|---|---|
|  | Invoice number | 27645 | Page | 3 |

| Date | | | Personnel | Hours |
|---|---|---|---|---|
| 04/02/2012 | | | SAE | 0.30 |
| 04/02/2012 | | | SAE | 0.20 |
| 04/02/2012 | | | SAE | 0.40 |
| 04/02/2012 | | | SAE | 5.10 |
| 04/02/2012 | | | BCA | 0.20 |
| 04/03/2012 | | | SAE | 0.20 |
| 04/03/2012 | | | SAE | 0.20 |
| 04/03/2012 | | | SAE | 3.00 |
| 04/03/2012 | | | SAE | 4.20 |
| 04/04/2012 | | | SAE | 0.30 |
| 04/04/2012 | | | SAE | 3.70 |
| 04/04/2012 | | | SAE | 0.80 |
| 04/05/2012 | | | SAE | 0.30 |
| 04/05/2012 | | | SAE | 0.10 |
| 04/05/2012 | | | SAE | 1.90 |
| 04/05/2012 | | | SAE | 3.70 |
| 04/05/2012 | | | SAE | 0.50 |
| 04/05/2012 | | | BCA | 0.30 |

**Total Hours Billed:**   51.30        **Total for Services:**   12,359.70

## Attorney Recap

| | Personnel Type | Hours | Rate |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 17.40 | $233.00 |
| Estes, Stewart A. | Shareholder | 33.90 | $245.00 |

#22

| **Date** | **Disbursements** | **Amount** |
|---|---|---|
| 03/13/2012 | | |
| 03/28/2012 | | |
| 03/29/2012 | | |

**Total Disbursements:**        7.67

## Totals for this Matter

| | |
|---|---|
| Prior Balance: | $7,046.13 |
| Payments Received: | $7,046.13 |
| Current Charges: | $12,367.37 |
| Past Due Notice: | |
| **Balance Due:** | $12,367.37 |

|  | Client | WCIA | Matter | 21155 |
|---|---|---|---|---|
|  | Invoice number | 27534 | Page | 2 |

| Date | | | Initials | Hours |
|---|---|---|---|---|
| 03/11/2012 | | | SAE | 0.10 |
| 03/12/2012 | | | SAE | 0.10 |
| 03/12/2012 | | | SAE | 0.30 |
| 03/13/2012 | | | BCA | 0.80 |
| 03/14/2012 | | | BCA | 1.30 |
| 03/14/2012 | | | BCA | 0.50 |
| 03/14/2012 | | | BCA | 1.20 |
| 03/14/2012 | | | BCA | 0.80 |
| 03/15/2012 | | | BCA | 0.40 |
| 03/15/2012 | | | BCA | 1.00 |
| 03/15/2012 | | | BCA | 0.70 |
| 03/15/2012 | | | BCA | 1.20 |
| 03/16/2012 | | | BCA | 0.50 |
| 03/16/2012 | | | BCA | 0.50 |

**Total Hours Billed:**  28.10          **Total for Services:**  6,777.70

**Attorney Recap**          **Personnel Type**          **Hours**          **Rate**

| Augenthaler, Brian C. | Associate Attorney | 8.90 | $233.00 |
| Estes, Stewart A. | Shareholder | 19.20 | $245.00 |

**Date**          **Disbursements**          #21          **Amount**

03/08/2012
03/08/2012
03/09/2012
03/13/2012

03/13/2012

| | | Client | WCIA | Matter | 21155 |
|---|---|---|---|---|---|
| | Invoice number | | 27459 | Page | 4 |
| 03/05/2012 | | | SAE | | 0.30 |
| 03/05/2012 | | | SAE | | 0.10 |
| 03/05/2012 | | | SAE | | 0.10 |
| 03/05/2012 | | | SAE | | 1.30 |
| 03/05/2012 | | 1 | BCA | | 0.30 |
| 03/05/2012 | | | BCA | | 0.20 |
| 03/06/2012 | | | SAE | | 0.10 |
| 03/06/2012 | | | SAE | | 0.20 |
| 03/06/2012 | | | SAE | | 0.20 |
| 03/06/2012 | | | SAE | | 0.20 |
| 03/06/2012 | | | SAE | | 0.30 |
| 03/06/2012 | | | SAE | | 1.10 |
| 03/06/2012 | | | SAE | | 0.70 |
| 03/06/2012 | | | SAE | | 0.90 |
| 03/06/2012 | | | SAE | | 2.20 |
| 03/07/2012 | | | SAE | | 0.20 |
| 03/07/2012 | | | SAE | | 0.20 |
| 03/07/2012 | | | SAE | | 0.10 |
| 03/07/2012 | | | SAE | | 0.20 |
| 03/07/2012 | | | SAE | | 0.40 |
| 03/07/2012 | | | SAE | | 0.30 |
| 03/07/2012 | | | SAE | | 1.10 |
| 03/07/2012 | | | SAE | | 0.50 |
| 03/07/2012 | | | SAE | | 1.70 |
| 03/07/2012 | | | SAE | | 0.40 |
| 03/07/2012 | | | SAE | | 0.30 |

**Total Hours Billed:** 83.40    **Total for Services:** 20,298.60

**Attorney Recap**

| | **Personnel Type** | **Hours** | **Rate** |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 11.20 | $233.00 |
| Estes, Stewart A. | Shareholder | 72.20 | $245.00 |

| **Date** | **Disbursements** | #20 | **Amount** |
|---|---|---|---|
| 02/24/2012 | | | |
| 03/01/2012 | | | |
| 03/01/2012 | | | |

Invoice number      27372      Page            4

| | | Hours | Rate |
|---|---|---|---|
| **Total Hours Billed:** 87.80 | **Total for Services:** 21,308.20 | | |

**Attorney Recap**

| | Personnel Type |  | Hours | Rate |
|---|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | | 16.90 | $233.00 |
| Estes, Stewart A. | Shareholder | | 70.90 | $245.00 |

Invoice number    27303    Page         5



02/07/2012
02/07/2012
02/07/2012
02/07/2012

Total Hours Billed:      106.10        Total for Services:   25,879.30

**Attorney Recap**                    **Personnel Type**                       Hours         Rate

Augenthaler, Brian C.          Associate Attorney                      9.60       $233.00
Estes, Stewart A.               Shareholder                            96.50       $245.00

#18

| Date | Disbursements | Amount |
|---|---|---|
| 01/05/2012 | | |
| 01/23/2012 | | |
| 01/23/2012 | | |
| 01/26/2012 | | |
| 01/26/2012 | | |
| 01/30/2012 | | |
| 01/30/2012 | | |
| 02/01/2012 | | |
| 02/01/2012 | | |
| 02/01/2012 | | |
| 02/01/2012 | | |
| 02/01/2012 | | |
| 02/01/2012 | | |
| 02/02/2012 | | |
| 02/03/2012 | | |
| 02/06/2012 | | |
| 02/08/2012 | | |

Total Disbursements:                                 746.22



Invoice number    27213    Page    10



**Total Hours Billed:**    213.00    **Total for Services:**    50,651.40

| Attorney Recap | Personnel Type | Hours | Rate |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 18.00 | $225.00 |
| Augenthaler, Brian C. | Associate Attorney | 11.60 | $233.00 |
| Culumber, Jeremy W. | Senior Associate | 5.20 | $239.00 |
| Estes, Stewart A. | Shareholder | 125.40 | $237.00 |
| Estes, Stewart A. | Shareholder | 52.80 | $245.00 |

#17

| Date | Disbursements | Amount |
|---|---|---|
| 11/18/2011 | | |
| 11/22/2011 | | |
| 11/22/2011 | | |
| 11/22/2011 | | |
| 11/23/2011 | | |
| 11/29/2011 | | |
| 11/29/2011 | | |
| 11/29/2011 | | |
| 11/30/2011 | | |
| 11/30/2011 | | |
| 12/01/2011 | | |
| 12/01/2011 | | |
| 12/01/2011 | | |
| 12/01/2011 | | |
| 12/02/2011 | | |
| 12/02/2011 | | |
| 12/05/2011 | | |

| Total Hours Billed: | 30.70 | | Total for Services: | 6,830.40 |

| Attorney Recap | Personnel Type | Hours | Rate |
|---|---|---|---|
| Augenthaler, Brian C. | Associate Attorney | 2.90 | $90.00 |
| Augenthaler, Brian C. | Associate Attorney | 1.60 | $225.00 |
| Estes, Stewart A. | Shareholder | 26.20 | $237.00 |

# 16

Total Hours Billed:     28.40        Total for Services:     6,186.90

**Attorney Recap**

Augenthaler, Brian C.
Estes, Stewart A.

| Personnel Type | Hours | Rate |
|---|---|---|
| Law Clerk | 3.70 | $90.00 |
| Shareholder | 24.70 | $237.00 |

*(handwritten: # 15)*

| Date | Disbursements | Amount |
|---|---|---|
| 10/25/2011 | | |
| 10/26/2011 | | |
| 10/27/2011 | | |
| 10/28/2011 | | |
| 10/31/2011 | | |
| 10/31/2011 | | |
| 10/31/2011 | | |
| 11/01/2011 | | |
| 11/04/2011 | | |

Total Disbursements:          113.90

**Totals for this Matter**

| | |
|---|---|
| Prior Balance: | $13,204.56 |
| Payments Received: | $13,204.56 |
| Current Charges: | $6,300.80 |
| Past Due Notice: | |
| Balance Due: | $6,300.80 |



| Total Hours Billed: | 64.40 | Total for Services: | 13,146.00 |

**Attorney Recap**

| | Personnel Type | Hours | Rate |
|---|---|---|---|
| Augenthaler, Brian C. | Law Clerk | 14.40 | $90.00 |
| Estes, Stewart A. | Shareholder | 50.00 | $237.00 |



#14

| Date | Disbursements | Amount |
|---|---|---|
| 10/06/2011 | | |
| 10/10/2011 | | |



Total Hours Billed:    34.60        Total for Services    8,082.60

| Attorney Recap | Personnel Type | Hours | Rate |
|---|---|---|---|
| Augenthaler, Brian C. | Law Clerk | 0.80 | $90.00 |
| Estes, Stewart A. | Shareholder | 33.80 | $237.00 |

#13

| Date | Disbursements | Amount |
|---|---|---|
| 09/13/2011 | | |
| 09/15/2011 | | |
| 09/19/2011 | | |
| 10/03/2011 | | |
| 10/05/2011 | | |
| 10/05/2011 | | |
| 10/05/2011 | | |

Total Disbursements:                                46.35

**Totals for this Matter**

| | |
|---|---|
| Prior Balance: | $1,160.30 |
| Payments Received: | $1,160.30 |
| Current Charges: | $8,128.95 |
| Past Due Notice: | |
| Balance Due: | $8,128.95 |

Invoice number     26567     Page        2

| Attorney Recap | Personnel Type | Hours | Rate |
|---|---|---|---|
| Butler, Amanda G | Senior Associate | 0.70 | $231.00 |
| Estes, Stewart A. | Shareholder | 4.20 | $237.00 |

| Date | Disbursements | | Amount |
|---|---|---|---|
| 08/05/2011 | | | |

Total Disbursements:                    3.20

**Totals for this Matter**

| | |
|---|---|
| Prior Balance: | $4,000.32 |
| Payments Received: | $4,000.32 |
| Current Charges: | $1,160.30 |
| Past Due Notice: | |
| **Balance Due:** | $1,160.30 |

*(handwritten: 3.20)*

*(handwritten circled: #12)*

*(handwritten circled: $ 1157.10   FEES)*

Invoice number      26436      Page      2



Total Hours Billed:      16.90          Total for Services:      3,945.30

**Attorney Recap**

Butler, Amanda G
Estes, Stewart A.

| Personnel Type | Hours | Rate |
|---|---|---|
| Senior Associate | 10.00 | $231.00 |
| Shareholder | 6.90 | $237.00 |

| Date | Disbursements | Amount |
|---|---|---|
| 07/19/2011 | | |
| 07/26/2011 | | |
| 08/01/2011 | | |
| 08/03/2011 | | |

Invoice number      26340      Page      2



Total Hours Billed:      19.00          Total for Services:   4,503.00

**Attorney Recap**

**Personnel Type**          **Hours**          **Rate**



Invoice number    26340    Page          3

Estes, Stewart A.                     Shareholder                    19.00          $237.00



| Date | Disbursements | # 10 CONT. | Amount |
|------|---------------|------------|--------|
| 06/09/2011 | | | |
| 06/13/2011 | | | |
| 06/15/2011 | | | |
| 06/22/2011 | | | |
| 06/22/2011 | | | |
| 07/06/2011 | | | |

**Total Disbursements:**                                      81.38

**Totals for this Matter**

| | |
|---|---|
| Prior Balance: | $3,846.63 |
| Payments Received: | $3,846.63 |
| Current Charges: | $4,584.38 |
| Past Due Notice: | |
| **Balance Due:** | **$4,584.38** |

Invoice number    26135    Page                    2



Total Hours Billed:    16.20    Total for Services:    3,839.40

**Attorney Recap**                **Personnel Type**                **Hours**        **Rate**

Estes, Stewart A.                  Shareholder                       16.20        $237.00

**Date**    **Disbursements**                                                  **Amount**

04/19/2011
05/23/2011
05/25/2011
05/25/2011
05/25/2011
05/31/2011

                                        Total Disbursements:                    7.23

**Totals for this Matter**

    Prior Balance:                      $9,060.99
    Payments Received:                  $9,060.99
    Current Charges:                    $3,846.63
    Past Due Notice:
    **Balance Due:**                    $3,846.63

Invoice number    26037    Page    2



| Total Hours Billed: | 37.70 | Total for Services: | 8,934.90 |

**Attorney Recap**

| | Personnel Type | Hours | Rate |
|---|---|---|---|
| Estes, Stewart A. | Shareholder | 37.70 | $237.00 |





Invoice number    25986    Page           2



Total Hours Billed:      21.70          Total for Services:     5,142.90

**Attorney Recap**                **Personnel Type**              **Hours**         **Rate**

Estes, Stewart A.                 Shareholder    (#7)              21.70          $237.00

**Date**        **Disbursements**                                                **Amount**

04/21/2011
04/26/2011
04/27/2011
05/02/2011

                                  Total Disbursements:                           27.80

**Totals for this Matter**

    Prior Balance:                    $9,364.41
    Payments Received:                $9,364.41
    Current Charges:                  $5,170.70
    Past Due Notice:
    Balance Due:                      $5,170.70

Invoice number    25921    Page        2



| Total Hours Billed: | 39.40 | | Total for Services: | 9,337.80 |

| Attorney Recap | Personnel Type | | Hours | Rate |
|---|---|---|---|---|
| Estes, Stewart A. | Shareholder | | 39.40 | $237.00 |

**#6**

| Date | Disbursements | | | Amount |
|---|---|---|---|---|
| 04/01/2011 | | | | |
| 04/01/2011 | | | | |
| 04/13/2011 | | | | |
| 04/19/2011 | | | | |
| 04/19/2011 | | | | |

| Total Disbursements: | | | | 26.61 |

**Totals for this Matter**

| Prior Balance: | $9,124.50 |
|---|---|
| Payments Received: | $9,124.50 |



| Invoice number | 25856 | Page | 2 |
|---|---|---|---|

| Total Hours Billed: | 38.50 | Total for Services: | 9,124.50 |
|---|---|---|---|

**Attorney Recap**

| | Personnel Type | Hours | Rate |
|---|---|---|---|
| Estes, Stewart A. | Shareholder | 38.50 | $237.00 |

# 5



Total Hours Billed:      26.00          Total for Services:    6,162.00

| Attorney Recap | Personnel Type | | Hours | Rate |
|---|---|---|---|---|
| Estes, Stewart A. | Shareholder | #4 | 26.00 | $237.00 |

| Date | Disbursements | Amount |
|---|---|---|
| 02/07/2011 | | |

| Attorney Recap | Personnel Type | Hours | Rate |
|---|---|---|---|
| Estes, Stewart A. | Shareholder | 7.30 | $237.00 |

| Date | Disbursements | Amount |
|---|---|---|
| 02/25/2011 | | |
| 02/28/2011 | | |

Total Disbursements: 56.80

**Totals for this Matter**

| | |
|---|---|
| Prior Balance: | $6,211.16 |
| Payments Received: | $6,211.16 |
| Current Charges: | $1,786.90 |
| Past Due Notice: | |
| Balance Due: | $1,786.90 |

#3

$1,786.90
—56.80

$ 1730.10   FEES

| | Total Hours Billed: | 9.60 | Total for Services: | 2,246.20 |
|---|---|---|---|---|

**Attorney Recap**

| | **Personnel Type** | | **Hours** | **Rate** |
|---|---|---|---|---|
| Estes, Stewart A. | Shareholder | #2 | 5.80 | $232.00 |
| Estes, Stewart A. | Shareholder | | 3.80 | $237.00 |

| **Date** | **Disbursements** | **Amount** |
|---|---|---|

| | Total Disbursements: | 161.81 |
|---|---|---|

**Totals for this Matter**

| Prior Balance: | $3,384.00 |
|---|---|
| Payments Received: | $0.00 |
| Current Charges: | $2,408.01 |
| Past Due Notice: | |
| Balance Due: | $5,792.01 |

| Invoice number | 25249 | Page | 3 |

| Bucklin, Mark R. | Shareholder | 0.20 | $232.00 |
| Estes, Stewart A. | Shareholder | 14.30 | $232.00 |

| Date | Disbursements | | Amount |

Total Disbursements: 20.00

**Totals for this Matter**

Prior Balance: $0.00
Payments Received: $0.00
Current Charges: $3,384.00
Past Due Notice:
**Balance Due:** $3,384.00

FEES:
−20
= $3,364⁰⁰



#1



EXHIBIT 2

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **Client Costs Advanced (Use)** | | | | | |
| **Court Reporter** | | | | | |
| Check | 01/09/2012 | 12819 | Ostling | Byers & Anderson. Original Transcript of Jeffrey Benkert; Inv 29478 | 1,569.30 |
| Check | 01/09/2012 | 12819 | Ostling | Byers & Anderson. Original Transcript of David Portrey; Inv 29480 | 1,287.30 |
| Check | 01/11/2012 | 12831 | Ostling | Yamaguchi Obien Mangio, LLC - Transcript/E-Transcript of William Ostling; Inv 45997 | 1,109.50 |
| Check | 01/20/2012 | 12878 | Ostling | Joseph Fountain. Deposition Pre-Payment | 800.00 |
| Check | 01/20/2012 | 12880 | Ostling | Yamaguchi Obien Mangio, LLC.  Transcript/E-Transcript of Tamara Ostling; Inv 46002 | 453.00 |
| Check | 01/27/2012 | 12931 | Ostling | Yamaguchi Obien Mangio, LLC.  Transcript/E-Transcript of Matthew Noedel. Inv 46197 | 462.00 |
| Check | 01/30/2012 | 12948 | Ostling | Byers & Anderson. Deposition of Jon Fehlman 01/17/12. Inv 29748 | 1,859.60 |
| Check | 01/30/2012 | 12948 | Ostling | Byers & Anderson. Deposition of Carla Sias 01/17/12. Inv 29750 | 229.00 |
| Check | 01/30/2012 | 12948 | Ostling | Byers & Anderson. Deposition of Ben Sias 01/17/12. Inv 29752 | 241.30 |
| Check | 01/30/2012 | 12948 | Ostling | Byers & Anderson. Deposition of Lloyd Walter Berg 01/17/12. Inv 29754 | 313.50 |
| Check | 01/30/2012 | 12948 | Ostling | Byers & Anderson. Deposition of Chris Jensen 01/17/12. Inv 29756 | 275.00 |
| Check | 02/01/2012 | 12976 | Ostling | Yamaguchi Obien Mangio, LLC.  Transcript/E-Transcript of Susan M. Peters. Inv 46348 | 309.00 |
| Check | 02/03/2012 | 12978 | Ostling | Yamaguchi Obien Mangio, LLC. Transcript/E-Transcript of Van Blaricom. Inv 46395 | 348.00 |
| Check | 02/16/2012 | 13066 | Ostling | Byers & Anderson. Deposition of Seth Izenberg 01/31/12. Inv 29959 | 439.70 |
| Check | 02/16/2012 | 13066 | Ostling | Byers & Anderson. Deposition of Clifford Nelson 01/31/12. Inv 29956 | 243.40 |
| Deposit | 02/24/2012 | 8641 | Ostling | Ostling. Overpayment on Inv 62877 | -0.45 |
| Check | 03/02/2012 | 13186 | Ostling | Byers & Anderson.  Transcript of Deposition of Trevor Ziemba 02/09/12. Inv 30205 | 219.40 |
| Check | 03/02/2012 | 13186 | Ostling | Byers & Anderson.  Transcript of Deposition of Robert Day 02/09/12. Inv 30207 | 195.40 |
| Check | 03/02/2012 | 13186 | Ostling | Byers & Anderson.  Transcript of Deposition of Ellis Amdur 02/09/12. Inv 30209 | 568.30 |
| Check | 03/12/2012 | 13233 | Ostling | Byers & Anderson.  Transcript of Deposition of Robert Bragg, Jr. 02/23/12. Inv 30571 | 992.80 |
| Check | 03/12/2012 | 13233 | Ostling | Byers & Anderson.  Transcript of Deposition of T. Joseph Fountain 02/23/12. Inv 30573 | 757.20 |
| Check | 04/05/2012 | 13421 | Ostling | Yamaguchi Obien Mangio, LLC.  Deposition Transcript of Richard Oliver Cummins, MD. Inv 46461 | 276.00 |
| Check | 05/11/2012 | 13664 | Ostling | Yamaguchi Obien Mangio, LLC.  Exhibit Scanning: Richard Oliver Cummins, MD. Inv 48194 | 77.60 |
| Check | 05/24/2012 | 13738 | Ostling | Teri Hendrix, CRR.  Transcript of Expert Testimony of Van Blaricom 05/21/12 | 451.05 |
| Check | 06/08/2012 | 13807 | Ostling | Teri Hendrix, CRR.  05/14; 05/21; 05/29; 05/30; DP Blaricom Testimony 05/21/12. Inv 20120056 | 41.40 |
| Check | 06/08/2012 | 13807 | Ostling | Teri Hendrix, CRR 05/14 - 05/17, 2012. Inv 20120045 | 1,804.35 |
| Check | 06/13/2012 | 13839 | Ostling | Barry Fanning, Court Reporter.  50A Motion | 27.00 |
| Check | 06/27/2012 | 13909 | Ostling | Byers & Anderson. Deposition of Jon Fehlman 01/17/12. Inv 32769 | 712.50 |
| Total Court Reporter | | | | | 16,062.15 |
| | | | | | |
| **Expert Costs** | | | | | |
| Check | 02/01/2011 | 11026 | Ostling | D.P. Van Blaricom, Inc Retainer Ostling | 3,000.00 |
| Check | 10/08/2011 | 12225 | Ostling | Matthew Noedel Expert Retainer re Ostling | 1,000.00 |
| Check | 10/26/2011 | 12361 | Ostling | D.P. VanBlaricom Fees. Prep of Prelim Report | 118.50 |
| Check | 11/02/2011 | 12401 | Ostling | Susan M. Peters Expert Investigation - Ostling v. City of Bainbridge Island | 500.00 |
| Check | 11/28/2011 | 12526 | Ostling | D.P. VanBlaricom Fees. Review | 616.00 |
| Check | 12/14/2011 | 12668 | Ostling | Susan M. Peters Expert Investigation/Consulting. Inv. 4 | 2,165.50 |
| Check | 12/28/2011 | 12724 | Ostling | D.P. VanBlaricom Fees. Review/Visit Scene 11/27/11 - 12/2/11 | 7,695.42 |
| Check | 01/27/2012 | 12924 | Ostling | D.P. VanBlaricom Fees. Review/Report 12/30/11 - 01/23/12 | 6,661.90 |
| Check | 02/01/2012 | 12974 | Ostling | Richard O. Cummins Consulting, LLC 09/28/11 - 01/24/12 | 5,644.00 |
| Check | 02/10/2012 | 13025 | Ostling | Clifford C. Nelson, M.D. Expert Deposition of 01/31/2012 | 600.00 |
| Check | 02/16/2012 | 13082 | Ostling | Susan M. Peters. January 2012 Consulting; Deposition Prep; Case Review. Inv 12 | 2,203.60 |
| Check | 02/22/2012 | 13102 | Ostling | Edgework/Ellis Amdur MA, NCC CMHS Expert; 02/13/12 Deposition Testimony | 1,000.00 |
| Check | 03/07/2012 | 13211 | Ostling | D.P. VanBlaricom Fees. Review shooter's pre-polygraph 02/08/12 | 154.00 |
| Check | 03/12/2012 | 13250 | Ostling | Susan M. Peters. February 2012 Consulting/Case Review. Inv 14 | 378.95 |
| Check | 03/21/2012 | 13312 | Ostling | Susan M. Peters. Review/Consulting | 378.95 |
| Check | 03/28/2012 | 13347 | Ostling | D.P. VanBlaricom Fees. Review Deposition/Seattle Times 02/28/12 | 976.15 |
| Check | 05/21/2012 | 13707 | Ostling | Aaron Weholt Legal Media Group – Trial Prep re Ostling  58.25 Hrs | 10,222.88 |
| Check | 05/24/2012 | 13744 | Ostling | D.P. VanBlaricom Trial Testimony Fees. 05/11/12 - 05/21/12. Inv 20318 | 6,024.68 |
| Check | 05/30/2012 | 13763 | Ostling | Plaintiff Deposition of Defense Expert Seth Izenberg, MD, FACS. 2 Hours (One Hour Review/One Hour | 1,500.00 |
| Check | 06/11/2012 | 13825 | Ostling | Richard O. Cummins Consulting, LLC 05/14/12 - 05/17/12 Trial Testimony | 3,938.00 |
| Check | 06/15/2012 | 13841 | Ostling | Susan M. Peters. Court Prep/Standby/Testimony/Travel | 2,123.45 |
| Check | 07/05/2012 | 13965 | Ostling | Noedel Scientific Expert Services 10/17/11 - 05/21/12 | 7,869.68 |
| Total Expert Costs | | | | | 64,771.66 |
| | | | | | |
| **Filing Fees** | | | | | |
| Check | 01/21/2011 | 10981 | Ostling | Kitsap County Superior Court Filing Fee - Ostling | 230.00 |
| Check | 03/24/2011 | | Ostling | Courts/USDC-WA-E - Ostling Filing Files | 350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Filing Fees | | | | | 580.00 |

**Investigator**

| | | | | | |
|---|---|---|---|---|---|
| Check | 06/04/2012 | 13775 | Ostling | Computer Searches. John Fehlman/Chris Jensen/Robert Day/Jeffrey Benkert. Inv 8386 | 252.00 |
| Total Investigator | | | | | 252.00 |

**Meals - Business**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/30/2012 | 12945 | Ostling | Meal. Sazerac @ Seattle. 01/02/12 | 58.92 |
| Check | 03/02/2012 | 13176 | Ostling | Ostling Meal. | 19.42 |
| Check | 05/15/2012 | DEBIT | Ostling | Ostling Trial 05/15/12 | 35.58 |
| Check | 05/16/2012 | DEBIT | Ostling | Ostling Trial 05/16/12 | 33.69 |
| Check | 06/08/2012 | 13813 | Ostling | PW: Union Station Cafe, Tacoma, WA | 27.05 |
| Check | 06/15/2012 | 13846 | Ostling | Meals @ Union Station Cafe 05/18/12 | 33.54 |
| Check | 06/15/2012 | 13846 | Ostling | Meals @ Union Station Cafe 05/21/12 | 22.77 |
| Check | 06/15/2012 | 13846 | Ostling | Anthem Coffee & Tea 05/24/12 | 34.16 |
| Check | 06/15/2012 | 13846 | Ostling | Anthem Coffee & Tea 05/30/12 | 32.35 |
| Total Meals - Business | | | | | 297.48 |

**Mediation Services**

| | | | | | |
|---|---|---|---|---|---|
| Check | 04/02/2012 | 13391 | Ostling | Wakeen & Associates Mediation Fee (1/2 Fee) | 2,175.00 |
| Total Mediation Services | | | | | 2,175.00 |

**Medical Records**

| | | | | | |
|---|---|---|---|---|---|
| Check | 10/08/2011 | 12234 | Ostling | Douglas Ostling Records Fee/Photo Disks (2). Inv 092811-AS | 75.00 |
| Check | 12/28/2011 | 12750 | Ostling | B.I. Fire Dept. Inv 60224 | 18.12 |
| Check | 01/27/2012 | 12920 | Ostling | William. Swedish Hospital Med Ctr.  Inv 60773 | 7.10 |
| Check | 01/27/2012 | 12920 | Ostling | Douglas. NK Family Practice. Inv 60775 | 13.66 |
| Check | 01/27/2012 | 12920 | Ostling | Douglas. Sig Weedman, PhD. Inv 60771 | 13.66 |
| Check | 01/27/2012 | 12920 | Ostling | Joyce. Pacific Cataract & Laser Inst. Inv 60769 | 46.02 |
| Check | 02/03/2012 | 12988 | Ostling | Joyce. Virginia Mason Med Ctr. Inv 60824 | 29.73 |
| Check | 02/03/2012 | 12988 | Ostling | Tamara. Virginia Mason Med Ctr. Inv 60826 | 27.87 |
| Check | 02/03/2012 | 12988 | Ostling | William. Virginia Mason Med Ctr. Inv 60828 | 33.77 |
| Check | 02/03/2012 | 12988 | Ostling | William. Swedish Med Ctr. Inv 60831 | 15.30 |
| Check | 02/03/2012 | 12988 | Ostling | William. Swedish Med Ctr. Inv 60843 | 8.74 |
| Check | 02/03/2012 | 12988 | Ostling | Douglas.  Sound Orthodontics. Inv 60845 | 13.66 |
| Check | 02/03/2012 | 12988 | Ostling | Douglas. Harrison Memorial Hospital. Inv 60978 | 19.78 |
| Check | 02/03/2012 | 12988 | Ostling | Douglas. PenMar Therapeutic Ctr. Inv 60980 | 13.66 |
| Check | 02/03/2012 | 12988 | Ostling | William. Virginia Mason Med Ctr Radiology. Inv 60982 | 8.74 |
| Check | 02/03/2012 | 12988 | Ostling | Douglas. Alpha Counseling Service. Inv 60984 | 13.66 |
| Check | 02/03/2012 | 12988 | Ostling | Joyce. Virginia Mason Med Ctr Radiology. Inv 60986 | 8.74 |
| Check | 02/07/2012 | 13013 | Ostling | Kitsap Mental Health. Inv. 61070 | 18.14 |
| Check | 02/07/2012 | 13018 | Ostling | Douglas. Meier Clinics. Inv 61169 | 15.08 |
| Check | 02/07/2012 | 13018 | Ostling | Joyce. Virginia Mason Med Ctr. Inv 61171 | 8.74 |
| Check | 02/13/2012 | 13059 | Ostling | William. Doctors Clinic Bremerton. Inv 61238 | 99.57 |
| Check | 02/13/2012 | 13059 | Ostling | Tamara. Doctors Clinic Bremerton. Inv 61240 | 38.26 |
| Check | 02/16/2012 | 13096 | Ostling | Douglas. Constance Brown, MD. Inv 61388 | 13.66 |
| Check | 02/16/2012 | 13096 | Ostling | Tamara. Virginia Mason Med Center. Inv 61384 | 93.12 |
| Check | 02/16/2012 | 13096 | Ostling | William. Swedish Medical Center. Inv 61382 | 160.73 |
| Check | 03/02/2012 | 13190 | Ostling | Tamara. Doctors Clinic/Bremerton. Inv 61459 | 8.47 |
| Check | 03/02/2012 | 13190 | Ostling | William. Doctors Clinic/Bremerton.  Inv 61461 | 7.10 |
| Check | 03/21/2012 | 13318 | Ostling | Terence McGuire, MD. Records. Inv 61849 | 14.86 |
| Total Medical Records | | | | | 844.94 |

**Messenger Services**

| | | | | | |
|---|---|---|---|---|---|
| Check | 07/05/2011 | 11780 | Ostling | ABC Legal Services - Ostling 20489158 | 50.00 |
| Check | 09/06/2011 | 12099 | Ostling | ABC Legal Services - Ostling 20514406 | 67.50 |
| Check | 11/07/2011 | 12436 | Ostling | ABC Legal Services - Ostling. v. Bainbridge Island. Inv 20514836 | 80.50 |
| Check | 12/14/2011 | 12672 | Ostling | ABC Legal Services - 11/04/11. Detective Dave White. Inv 6917983 | 70.00 |
| Check | 12/14/2011 | 12672 | Ostling | ABC Legal Services - 11/30/11. Ostling v. City of BI. Inv 20545715 | 67.50 |
| Check | 12/14/2011 | 12672 | Ostling | ABC Legal Services - 11/30/11. Ostling. Inv 20546136 | 50.00 |
| Check | 01/20/2012 | 12901 | Ostling | ABC Legal Services - 12/13/11. Ostling. Inv 20550122 | 50.00 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/20/2012 | 12901 | Ostling | ABC Legal Services - 12/23/11. Ostling. Inv. 20553720 | 50.00 |
| Check | 01/20/2012 | 12901 | Ostling | ABC Legal Services - 12/29/11. Ostling. Inv. 20555342 | 50.00 |
| Check | 02/07/2012 | 13023 | Ostling | ABC Legal Services - Ostling. Inv 20565385 | 101.25 |
| Check | 03/19/2012 | 13302 | Ostling | ABC Legal Services - Ostling. Inv 20567704 | 50.00 |
| Check | 04/13/2012 | 13502 | Ostling | ABC Legal Services - Ostling. 20577914 | 50.00 |
| Check | 05/04/2012 | 13624 | Ostling | ABC Legal Services - Ostling. Inv 20590297 | 67.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Carla Sias. Inv 7365857 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Chris Jensen. Inv 7365858 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Lloyd Walter Berg. Inv 7365859 | 89.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Trevor Martin Ziemba. Inv 7365860 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. David Portrey. Inv 7365861 | 79.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Jeffrey Benkert. Inv 7365862 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Robert Day. Inv 7365863 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. Benjamin Sias. Inv 7365864 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. John Felhman. Inv 7365865 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | ABC Legal Services - Ostling. David Bailey. Inv 7364472 | 99.50 |
| Check | 06/18/2012 | 13882 | Ostling | State v. Douglas M. Ostling Retrieval. Inv 7535602 | 147.25 |
| Total Messenger Services | | | | | 1,916.50 |

**Mileage**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/30/2012 | 12949 | Ostling | Ostling Mileage | 88.59 |
| Total Mileage | | | | | 88.59 |

**Miscellaneous**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/18/2011 | | Ostling | News articles for Ostling | 23.00 |
| Check | 01/30/2012 | 12949 | Ostling | Westgate Ace Hardware. Axe for Deposition | 52.21 |
| Check | 02/29/2012 | DEBIT | Ostling | Edgework "The Thin Blue Lifeline" | 35.00 |
| General Jou | 04/10/2012 | SLS | Ostling | Thumb Drives (4) | 39.96 |
| Check | 05/02/2012 | DEBIT | Ostling | Trial Notebooks. Order # 327205536 | 540.40 |
| Check | 06/08/2012 | 13813 | Ostling | Trial Supplies @ Target | 8.22 |
| Check | 06/08/2012 | 13813 | Ostling | L A Superior Court 2 @ $4.75 Each | 9.50 |
| Total Miscellaneous | | | | | 708.29 |

**Postage**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/25/2011 | 11011 | Ostling | Shipping for Ostling | 353.70 |
| Check | 01/25/2011 | 11011 | Ostling | Shipping for Ostling | 7.76 |
| Check | 01/25/2011 | 11011 | Ostling | Shipping for Ostling | 7.59 |
| Check | 09/01/2011 | Debit | Ostling | William Ostling FedEx Shipment Delivery | 18.73 |
| Check | 11/10/2011 | DEBIT | Ostling | Ostling FedEx Shipment to Sue Peters | 41.85 |
| Check | 11/30/2011 | DEBIT | Ostling | Ostling FedEx Shipment to Van Blaricom, Inc. | 72.28 |
| Check | 01/25/2012 | DEBIT | Ostling | Ostling FedEx Shipment to Dr. Richard Cummins, Seattle | 21.19 |
| Total Postage | | | | | 523.10 |

**Records**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/14/2011 | 10963 | Ostling | Kitsap County Sheriff's Records - Ostling | 126.25 |
| Check | 02/29/2012 | 13112 | Ostling | Ostling. Copies of Sunday Times | 29.25 |
| Check | 04/05/2012 | 13419 | Ostling | Ostling v. City of Bainbridge; 3:11-cv-05219 | 6.80 |
| Total Records | | | | | 162.30 |

**Research**

| | | | | | |
|---|---|---|---|---|---|
| Check | 01/11/2011 | | Ostling | Seattle Times article 10/25/10 on Ostling, Douglas | 7.00 |
| Check | 03/01/2011 | 11161 | Ostling | News Paper Kitsap Sun | 52.25 |
| Check | 02/06/2012 | DEBIT | Ostling | ANNALS OF EMERGENCY MEDICINE. Vascular Surgery. Acct 18925792-3 | 34.43 |
| Check | 06/15/2012 | 13846 | Ostling | Research Medical Journal OVID Online | 64.49 |
| Check | 06/15/2012 | 13846 | Ostling | Research Medical Journal OVID Online | 53.56 |
| Total Research | | | | | 211.73 |

**Travel**

| | | | | | |
|---|---|---|---|---|---|
| Check | 12/05/2011 | 12600 | Ostling | Bainbridge - Seattle Ferry Travel 11/17/11 & 11/28/11. Ostling | 25.50 |
| Check | 01/27/2012 | 12933 | Ostling | Ostling Parking 01/24/12 | 24.00 |
| Check | 01/27/2012 | 12933 | Ostling | Ostling Parking 01/23/12 | 35.00 |

| Check | 01/27/2012 | 12933 | Ostling | Ostling Parking 01/17/12 | 19.00 |
| Check | 01/30/2012 | 12949 | Ostling | Washington State Ferries. Site Visit | 9.85 |
| Check | 02/03/2012 | 12990 | Ostling | Doug Ostling 01/31/2012 | 146.88 |
| Check | 03/02/2012 | 13176 | Ostling | Parking re Ostling | 13.00 |
| Check | 03/28/2012 | 13355 | Ostling | Ferry Travel 02/24/12 | 12.75 |
| Check | 03/28/2012 | 13355 | Ostling | Ferry Travel 02/24/12 | 12.75 |
| Check | 03/28/2012 | 13355 | Ostling | Deposition Parking 02/23/12 | 26.00 |
| Check | 04/30/2012 | 13582 | Ostling | Parking 04/16/12 for Mediation | 22.00 |
| Check | 06/08/2012 | 13813 | Ostling | Trial Parking | 42.00 |
| Check | 06/08/2012 | 13814 | Ostling | Ferry Travel | 16.40 |
| Check | 06/08/2012 | 13814 | Ostling | 57.8 Mileage re: Ostling | 31.79 |
| Check | 06/08/2012 | 13814 | Ostling | Trial Parking | 20.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Fehlman 01/17/12 | 16.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Van Blaricom 01/23/12 | 20.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Cummins 01/24/12 | 20.00 |
| Check | 06/15/2012 | 13846 | Ostling | Hotel Stay @ Portland, Or 01/30/12. Dep of Izenberg et al | 230.08 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Ziemba et al 02/09/12 | 12.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Ambdur 02/13/12 | 13.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Dep of Fountain et al 02/23/12 | 19.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/15/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/16/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/17/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/18/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/21/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Meals @ Union Station Cafe 05/22/12 | 34.37 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/23/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/24/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/29/12 | 10.00 |
| Check | 06/15/2012 | 13846 | Ostling | Parking. Trial - USDC 05/30/12 | 8.00 |
| Check | 06/15/2012 | 13846 | Ostling | Mileage re Deposition Travel 01/17/12 - 02/23/12 | 457.27 |
| Total Travel | | | | | 1,366.64 |

**Witness Fee**

| Check | 05/02/2012 | 13584 | Ostling | Ben Sias. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13585 | Ostling | Robert Day. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13586 | Ostling | John Fehlman. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13587 | Ostling | Jeffrey Benkert. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13588 | Ostling | David Portrey. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13589 | Ostling | Trevor Martin Ziemba. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13590 | Ostling | Chris Jensen. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13591 | Ostling | Carla Sias. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/02/2012 | 13592 | Ostling | Lloyd Walter Berg. Ostling v. City of Bainbridge Island Witness/Mileage Fee | 106.60 |
| Check | 05/14/2012 | 13668 | Ostling | David Bailey. Ostling v. City of Bainbridge Island Witness/Mileage | 106.60 |
| Check | 05/16/2012 | 13675 | Ostling | David Bailey, BFD. Ostling v. City of Bainbridge Island Witness/Mileage | 213.20 |
| Total Witness Fee | | | | | 1,279.20 |

| Total Client Costs Advanced (Use) | | | | | 91,239.58 |

| **TOTAL** | | | | | **91,239.58** |



EXHIBIT 3

EXHIBIT 3

| Date | Hours | Description |
|---|---|---|
| 6/1/2012 | 1.5 | |
| 6/5/2012 | 1.5 | |
| 6/7/2012 | 3.5 | |
| 6/14/2012 | 4.5 | |
| 6/14/2012 | .8 | |
| 6/15/2012 | 2.5 | |
| | 626.4 | TOTAL HOURS (through June 15, 2012) |
| 6/16/2012 | .2 | e-mail and phone conference w/client representative regarding defense motion for new trial |
| 6/18/2012 | .6 | Formulate and send e-mail query to WSAJ membership re: issue of trial transcript use; correspondence w/appellate counsel re: same; jury verdicts database search of prior trials by defense team |
| 6/18/2012 | .3 | Phone conference w/James Beck Re: new trial issue, attorneys' fees issue |
| 6/18/2012 | .2 | Review fee petition from Campbell matter |
| 6/18/2012 | .2 | Phone conference w/appellate counsel Talmadge |
| 6/18/2012 | .4 | e-mail re: PRA request; calls to Estes, Patton, Hardesty re: same |
| 6/18/2012 | 1.4 | Review billing statement from KBM; compare with prior hours; update spreadsheet |
| 6/20/2012 | 2.5 | Receive, review, and index transcripts of closing argument |
| 6/21/2012 | 2.9 | Legal research & writing: opposition to defendants' motion for new trial & supporting materials |
| 6/23/2012 | 3.6 | Legal research & writing: opposition to defendants' motion for new trial & supporting materials |
| 6/24/2012 | 7.8 | Legal research & writing: opposition to defendants' motion for new trial & supporting materials |
| 6/25/2012 | 2.3 | Legal research & writing: opposition to defendants' motion for new trial & supporting materials |
| 6/28/2012 | 1.4 | Legal research & writing: opposition to defendants' JNOV |
| 6/29/2012 | 3.2 | Legal research & writing: opposition to defendants' JNOV |
| 7/1/2012 | 5.7 | Legal research & writing: opposition to defendants' JNOV |
| 7/2/2012 | 4.1 | Legal research & writing: opposition to defendants' JNOV |
| 7/3/2012 | 1.2 | Legal research & writing: opposition to defendants' JNOV |
| 7/3/2012 | .3 | Receive & Review opposition to attorneys fees petition |
| 7/3/2012 | .8 | Correspondence and pleadings sent to SAE re defense fees |
| 7/5/2012 | 4.5 | Legal research & writing: reply in support of fees |
| 7/6/2012 | 3.5 | Legal research & writing: reply in support of fees |
| | 47.1 | ADDITIONAL HOURS (since June 15, 2012) |